UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| STEVE W. COMSTOCK, | ) | CASE NO. CV 06-3204 AGR |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for calculation of an award of benefits.

DATED: April 21, 2009

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE